UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

DARRILYNN JEMISON,

    Plaintiff,

v.                                                  Case. No. 12-10046
                                                  Hon. Lawrence P. Zatkoff

COMMISSIONER OF SOCIAL
SECURITY,

    Defendant.
_____/

**OPINION AND ORDER**

AT A SESSION of said Court, held in the United States Courthouse,
in the City of Port Huron, State of Michigan, on December 19, 2012

PRESENT: THE HONORABLE LAWRENCE P. ZATKOFF
UNITED STATES DISTRICT JUDGE

## I. INTRODUCTION

Plaintiff filed this action seeking disability insurance benefits and supplemental security income under the Social Security Act. This matter currently comes before the Court on the Magistrate Judge's Report and Recommendation [dkt 16], in which the Magistrate Judge recommends that Defendant's Motion for Summary Judgment [dkt 1] be granted. Plaintiff did not file a Motion for Summary Judgment. No objections were filed to the Magistrate's Report and Recommendation, and the time period in which to do so has elapsed. *See* Fed. R. Civ. P 72(b)(2)

The Court has thoroughly reviewed the court file, Defendant's Motion, and the Report and Recommendation. As a result of that review, the Court ADOPTS the Report and Recommendation and enters it as the findings and conclusions of this Court.

Accordingly, IT IS HEREBY ORDERED that Defendant's Motion for Summary Judgment [dkt 15] is GRANTED.

IT IS SO ORDERED.

S/Lawrence P. Zatkoff<br>
Hon. Lawrence P. Zatkoff<br>
U.S. District Judge

Date: December 19, 2012